IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 FEB -9  AM 10: 04
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

RAUL BADILLO-RANGEL #39518-180,
          Plaintiff,

-vs-

Case No. A-08-CA-452-SS

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES IMMIGRATION AND NATURALIZATION, UNITED STATES DEPARTMENT OF JUSTICE, TRAVIS COUNTY SHERIFF'S DEPARTMENT, WILLIAMSON COUNTY SHERIFF'S DEPARTMENT, TEXAS DEPARTMENT OF PUBLIC SAFETY, STEPHAN MARSHALL, GEORGE SALINAS, ROBERT G. NEUENDORFF, CHRIS ROWLAND, JOE MATLOCK, DAVID CROOK, GERALD C. CARRUTH, JOHNNY SUTTON, JESSE DELEON, MIGUEL CAMPOS, MIKE TUREK, ESTATE OF ALBERTO GONZALES, MICHAEL MUKASEY, and DOES I-XXX,
          Defendants.

## JUDGMENT

BE IT REMEMBERED on the 6th day of February 2009 the Court entered its order dismissing the plaintiff's complaint under 42 U.S.C. § 1983 in the above-styled cause, and thereafter enters the following judgment:

    IT IS ORDERED, ADJUDGED, and DECREED that plaintiff's claims brought under 42 U.S.C. § 1983 in the above-styled cause are DISMISSED pursuant to 28 U.S.C. § 1915(e) and that the defendant go hence without delay and with his costs, for which let execution issue against plaintiff.

SIGNED this the 6th day of February 2009.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE